UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-------------------------------------------------------X
UNITED STATES OF AMERICA

vs.  Case No.: 12-CR-305-SDW-2

MICHAEL JIMENEZ
       Defendant
-------------------------------------------------------X

## ORDER RELIEVING COUNSEL

This matter having come before the Court on the application of Luis O. Diaz, Esq., for an Order relieving Luis O. Diaz, Esq. as Counsel for Defendant Michael Jimenez.

It is on this 24th day of May, 2012

ORDERED that Luis O. Diaz, Esq. is hereby relieved as Counsel for Defendant Michael Jimenez.

_____
Honorable Susan D. Wigenton
United States District Court Judge