UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Hon. Susan D. Wigenton

v. : Crim. No. 12-cr-0305

LEONARDO BLANCO and : ORDER FOR CONTINUANCE
MICHAEL JIMINEZ

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Rodney C. Villazor, Assistant U.S. Attorney, appearing), and defendant LEONARDO BLANCO (David Goldstein, Esq., appearing) and defendant MICHAEL JIMINEZ (Gary Mizzone, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter, and the defendants being aware that each has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), one prior continuance having been previously entered by this Court, and as the defendants have consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The discovery involves numerous witnesses that defense counsel requires adequate time to prepare for;

(2) Taking into account the exercise of diligence, therefore, the facts of this case require that defense counsel be permitted a reasonable amount of additional time for effective preparation in this matter;

(3) Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

(4) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 20th day of June, 2012,

ORDERED that this action be, and hereby is, continued until September 17, 2012; and it is further

ORDERED that a motion schedule and/or a schedule for further proceedings will be set by the Court at a later date; and it is further;

ORDERED that the period from the date of this order through September 17, 2012 shall be excludable in computing time under the Speedy Trial Act of 1974.

HON. SUSAN D. WIGENTON
United States District Judge

-2-

Form and entry
consented to:

_____
Rodney C. Villazor
Assistant U.S. Attorney


_____
David Goldstein, Esq.
Counsel for defendant LEONARDO BLANCO


_____
Gary Mizzone, Esq.
Counsel for defendant MICHAEL JIMINEZ

Form and entry
consented to:

---
Rodney C. Villazor
Assistant U.S. Attorney

---
David Goldstein, Esq.
Counsel for defendant LEONARDO BLANCO

---
Gary Mizzone, Esq.
Counsel for defendant MICHAEL JIMINEZ