UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Hon. Susan D. Wigenton
Crim. No. 12-305 (SDW)
v. :
CONTINUANCE ORDER
LEONARDO BLANCO and
MICHAEL JIMINEZ :

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Brian L. Urbano, Assistant U.S. Attorney), and defendants Leonardo Blanco (by David Goldstein, Esq.) and Michael Jiminez (Gary Mizzone, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that she has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the defendants desire additional time

to finalize a plea agreement, which would render trial of this matter unnecessary;

    2. Defendant has consented to the aforementioned continuance; and

    3. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this __19th__ day of November, 2012,

~~IT IS ORDERED that defense motions shall be filed by _____, 2012, the government's reply shall by filed by _____, 2012, the argument of the motions is scheduled for _____, 2012 and the trial is scheduled for January 20, 2013; and~~

IT IS FURTHER ORDERED that the period from November 21, 2012, through January 20, 2013, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8).

                                 HON. SUSAN D. WIGENTON
                                 United States District Judge

I hereby consent to the form
and entry of this Order

_____
David Goldstein, Esq.
ATTORNEY FOR DEFENDANT BLANCO


_____
Gary Mizzone, Esq.
ATTORNEY FOR DEFENDANT JIMINEZ

_____
BRIAN L. URBANO, AUSA

IT IS FURTHER ORDERED that the period from November 21, 2012, through January 20, 2013, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8).

---
HON. SUSAN D. WIGENTON
United States District Judge

I hereby consent to the form
and entry of this Order

---
David Goldstein, Esq.
ATTORNEY FOR DEFENDANT BLANCO

---
Gary Mizzone, Esq.
ATTORNEY FOR DEFENDANT JIMINEZ

---
BRIAN L. URBANO, AUSA